UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DEJUAN E NOEL #735990,
Plaintiff

CIVIL DOCKET NO. 1:21-CV-04177
SEC P

VERSUS

JUDGE DRELL

RAYMOND LABORDE
CORRECTIONAL CENTER ET AL,
Defendants

MAGISTRATE JUDGE PEREZ-MONTES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Temporary Restraining Order (ECF No. 1) contained in the Complaint is DENIED.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this _10_ day of February 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT